AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Ozerden, Halil S | 2. Court or Organization  U.S. District Court, Southern Dist. of Mississippi | 3. Date of Report  04/16/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  United States District Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007  to  12/31/2007 |
| 7. Chambers or Office Address  2012 15th Street, Suite 714  Gulfport, MS 39501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder/Partner/Attorney (Withdrew May 2007 upon appointment to bench) | Dukes, Dukes, Keating & Faneca, P.A. |
| 2. | Board of Directors/Immediate Past Chairman (Resigned April 2007) | Gulfport Chamber of Commerce |
| 3. | Executive Committee (Resigned April 2007) | Gulfport Business Club |
| 4. | Board of Directors (Resigned April 2007) | Rotary Club of Gulfport, Mississippi, Board of Directors (remain as member of the Club) |
| 5. | Vice President (September 2007--Present) | American Inns of Court, Local Chapter |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2003-2007 | Dukes, Dukes, Keating & Faneca, Shareholders Agreement with former law firm; received lump sum buyout and agreement terminated May 2007 |
| 2. | 1999-2007 | Dukes, Dukes, Keating & Faneca, 401k Plan with former law firm; plan was closed prior to May 2007 and entire amount rolled into a personal IRA Account |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 04/16/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/07-5/07 | Dukes, Dukes, Keating & Faneca, P.A., salary | $ 43,692.16 |
| 2. 1/07-5/07 | Dukes, Dukes, Keating & Faneca, P.A., car allowance | $ 2,600.00 |
| 3. 1/07-7/07 | Seisin, LLC, rent/passive income | $ 334.00 |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2 | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 04/16/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wachovia Bank, N.A. | 5% personal guaranty on loan to Seisin, LLC, for purchase of real property in Gulfport, MS; see Sect. VIII | None |
| 2. | USAA Federal Savings Bank | Credit card used for vehicle purchase | K |
| 3. | Sallie Mae Servicing | Student loans (law school); paid in full in or about July 2007 | None |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BancorpSouth Bank, bank accounts | A | Interest | J | T | | | | | |
| 2. Navy Federal Credit Union, bank accounts | A | Interest | J | T | | | | | |
| 3. Rental Property#1(Gulfport,MS)(thru Seisin) (2005)($260,000) | A | Rent | | | Redemption | 7/10 | K | D | Hugh Keating, Cy Faneca |
| 4. Dukes,Dukes,Keating & Faneca,P.A., shares | | None | | | Sold | 5/10 | K | | DDKF, P.A. |
| 5. U.S. Savings Bond | A | Interest | J | T | | | | | |
| 6. Mississippi Affordable College Savings Trust | A | Dividend | J | T | | | | | |
| 7. The Hartford Director Variable Annuity | A | Dividend | J | T | | | | | |
| 8. Brokerage Account #1(Dukes,Dukes,Keating & Faneca 401k) | | | | | Closed | 1/24 | | | |
| 9. --Stiffel Nicolaus Money Market(rolled over to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 10. --Hancock Holding Common Stock(rolled over to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 11. --McDonald's Corp. Common Stock(rolled over to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 12. --American Balanced Mutual Fund(rolled over to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 13. --DWS Value Series/Dreman High Ret Mut F(rollover to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 14. --Eaton Vance Worldwide Health Science M.F.(rollover IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 15. --John Hancock Classic Value Fund II(rollover to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 16. --ING Principal Protection Mut F(rollover to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |
| 17. --Munder MidCap Core Growth Mut F (rollover to IRA #1) | A | Dividend | | | Rollover | 1/24 | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| ●zerden, Halil S | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account #2 (Stiffel Nicolaus Joint Stock Account) | | | | | Closed | 2/15 | | | |
| 19. --Stiffel Nicolaus Money Market | A | Dividend | | | Redeemed | 2/15 | J | A | |
| 20. --Washington Mutual Investors Mutual Fund | A | Dividend | | | Sold | 2/12 | J | A | |
| 21. IRA #1 (Stiffel Nicolaus) | | | | | | | | | |
| 22. --Stiffel Nicolaus Money Market | A | Dividend | J | T | | | | | |
| 23. --Capital World Growth & Income Mutual Fund | A | Dividend | J | T | | | | | |
| 24. --Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 25. --Hancock Holding Common Stock | A | Dividend | J | T | | | | | |
| 26. --Hancock Holding Common Stock(from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 27. --McDonald's Corp. Common Stock(from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 28. --American Balanced Mutual Fund(from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 29. --DWS Value Series/Dreman High Ret Mut F(from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 30. --Eaton Vance Worldwide Health Science M.F.(from 401k 1/24) | A | Dividend | J | T | | | | | |
| 31. --John Hancock Classic Value Fund II(from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 32. --ING Principal Protection Mut F(from 401k on 1/24) | A | Dividend | | | Sold | 10/8 | J | A | |
| 33. --Munder MidCap Core Growth Mut F (from 401k on 1/24) | A | Dividend | J | T | | | | | |
| 34. --New Perspective Mutual Fund | A | Dividend | | | Buy | 10/9 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 04/16/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MassMutual Permanent Life Insurance | A | Interest | J | T | | | | | |
| 36. State Farm Whole Life Insurance | A | Interest | J | T | | | | | |
| 37. Allstate Universal Life Insurance | A | Interest | J | T | | | | | |
| 38. Southern Farm Bureau Universal Life Insurance | A | Interest | J | T | | | | | |
| 39. Whitney Bank, bank accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Part VI, #1--5% personal guaranty to Wachovia was released by the Bank during 2007 upon my termination/withdrawal from membership in Seisin, LLC during the reporting period.

| Name of Person Reporting | Date of Report |
|---|---|
| Ozerden, Halil S | 04/16/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signa

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544